## George ELLISON, Appellant, v. COMMONWEALTH of Kentucky, Appellee.

Court of Appeals of Kentucky.

May 2, 1947.

W. L. Rose and Joe S. Feather for movant.

Eldon S. Dummit, Attorney General, and Guy H. Herdman, Assistant Attorney General, opposed.

PER CURIAM.

Appeal denied; Judgment affirmed.